**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
6851 N.E. LOOP 820, SUITE 300
NORTH RICHLAND HILLS, TEXAS  76180-6608
Telephone (817) 770-8500
Fax (817) 770-8508

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO:20-42987-ELM |
| | § | |
| LAWRENCE ANTHONY COUSIN | § | CHAPTER 13 |
| | § | JUDGE EDWARD L MORRIS |
| | § | |
| DEBTOR | § | |
| | § | |

## NOTICE OF COMPLETION OF CHAPTER 13 PLAN PAYMENTS TO TRUSTEE

According to the records of the Chapter 13 Trustee the Debtor has completed all payments to the Trustee under the confirmed chapter 13 plan.

Debtor has 21 days to file a Certification and Motion for Entry of the Chapter 13 Discharge, if eligible.

 /s/ Tim Truman
Tim Truman, Trustee/State Bar # 20258000
Standing Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Notice of Completion of Chapter 13 Plan Payments to Trustee" was served on the parties listed below in the manner listed below on or before 08/21/2025.

**BY FIRST CLASS MAIL:**

LAWRENCE ANTHONY COUSIN,  145 AMORY DR,  BENBROOK, TX  76126-0000

**ELECTRONIC SERVICE:**

MARK B FRENCH, 1901 CENTRAL DR STE 704, BEDFORD, TX  76021
NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX  76010
RICK BARNES TAX ASSESSOR/COLLECTOR, 100 E WEATHERFORD ST, FT WORTH, TX  76196-0301
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX  75219
PERDUE BRANDON FIELDER COLLINS AND MOTT, 500 E BORDER ST #640, ARLINGTON, TX  76010
MACKIE WOLF ZIENTZ AND MANN PC, PARKWAY OFFICE CENTER STE 900, 14160 N DALLAS PKWY, DALLAS, TX  75254
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

/s/ Tim Truman
_____
Tim Truman, Trustee/State Bar # 20258000
Standing Chapter 13 Trustee